UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

MARRACCI TEMPLE NO. 13　　　　　　　　Case No. 11-62744-wsd
OF DETROIT, MI, A Sub of　　　　　　　Chapter 11
the Imperial Counsel,　　　　　　　　　Hon. Walter Shapero
Ancient Egyptian Arabic Order

_____Debtor /

### MOTION FOR RECOVERY OF COSTS AND EXPENSES INCURRED BY CUSTODIAN/BAILIFF KEITH BOWERS AND FOR DISMISSAL OF CHAPTER 11 CASE

Now comes Keith Bowers, bailiff and custodian, by and through counsel Thomas J. Budzynski, and hereby requests that the court, pursuant to 11 USC 543, order reimbursement of costs and fees to Keith Bowers, stating in support thereof as follows:

1. That the debtor herein previously filed a Chapter 11 bankruptcy on June 20, 2011 under case 11-57903.

2. That Case 11-57903 was dismissed on 8/22/2011, for failure to comport with court orders and for failure to file appropriate documents.

3. That on 8/24/2011 the debtor again filed a Chapter 11 bankruptcy, and the court docket indicates that missing documents were due on September 8, 2011.

4. That as of September 8, 2011 at 12:23 PM, it does not appear that missing documents had been filed.

5. That Keith Bowers is a Court Bailiff and a custodian pursuant to 11 USC 101(11) and 11 USC 543.

6. That pursuant to Federal District Court Judgment in U.S. District Court Case 06-13318, wherein judgement was rendered

against debtor under various Federal statutes, Keith Bowers, your movant herein was presented with an execution, issued 6/6/11, to recover the judgment amount of $95,313.18. (Exhibit A).

7. That the debtor, after preliminary collection work began, filed the first bankruptcy and failed to complete same, or honor court orders issued therein.

8. That after dismissal of the first case, another execution was issued on 8/23/2011, (Exhibit B).

9. That the bailiff Keith Bowers commenced work on the execution, which resulted in the second bankruptcy being filed which again, was filed with incomplete documents pursuant to the docket, and the case was filed on 8/24/2011.

10. Keith Bowers as custodian was mandated by 11 USC 543 to turnover assets previously recovered and unlock the premises which was under his control, and did so on 8/25/2011 after consultation with counsel.

11. That Keith Bowers had expended significant costs and fees in exercising his function as a court officer. As set forth on Exhibit C, these fees are in the amount of $5,314.35, plus costs of turning over the property and unlocking the premises in the amount of $250.00, and attorney fees in the amount of $2,450.00, which include the estimated hearing costs involved in this motion.

12. That attached as Exhibit D are the collection reports,

indicating additional expenses of $1,250.00.

13. That the bailiff disposed of some items of property prior to knowledge of the bankruptcy in the amount of $1,030.00, and obtained cash of $76.00 (Exhibit D). This totals the sum of $1,106.00.

13. That the two separate bankruptcies were filed in direct response to the collection efforts.

14. That no effort has been made by the debtor to pay any portion of the judgment.

15. That based upon the debtor's lack of comporting with the courts orders and filing requirements, the debtor has filed in bad faith.

16. That the court should dismiss the case for bad faith, and should further prevent any new filing for a period of one year.

17. That pursuant to the documents filed herein, the court is requested to order that the debtor pay, immediately upon entry of an order, the sum of $9,014.35, less $1,106.00, or a total of $8,908.35 to Keith Bowers, and that upon failure to do so, the debtor's case be dismissed with a bar to refiling for a period of one year.

WHEREFORE, your movant, Keith Bowers, requests that the court grant an order directing the debtor to pay to Keith Bowers the sum of $8,908.35 immediately upon entry of the order, and

that upon failure to do so, the debtors case shall be dismissed with a one year bar to refiling.

That further the court is requested to dismiss the pending bankruptcy for bad faith.

Respectfully submitted,

/s/ *Thomas J. Budzynski*
Thomas J. Budzynski PC
Attorney for Keith Bowers
43777 N. Groesbeck Hwy.
Clinton Twp., MI 48036
(586) 463-5253
lawoffice@tjbudzynskipc.com
P26355

Dated: 9/8/11

-4-

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN          Exhibit 1

In Re:

MARRACCI TEMPLE NO. 13                Case No. 11-62744-wsd
OF DETROIT, MI, A Sub of              Chapter 11
the Imperial Counsel,                 Hon. Walter Shapero
Ancient Egyptian Arabic Order
_____Debtor /

ORDER FOR PAYMENT OF COSTS AND
EXPENSES INCURRED BY CUSTODIAN/BAILIFF KEITH BOWERS

The matter having come before the Court upon motion of custodian pursuant to 11 USC 543, interested parties having had notice and opportunity, the Court being fully advised:

IT IS HEREBY ORDERED that the debtor shall pay to the Custodian, Keith Bowers, upon entry of this Order, the sum of $8,908.35, costs and fees resulting from his work as a custodian on behalf of a judgment creditor.

It is the further finding of the court that Keith Bowers has comported with his obligations under 11 USC 543, has provided a sufficient accounting, and that the above amount reflects the amount of expenses less the amount of recovery previously made.

IT IS FURTHER ORDERED that upon failure of the Custodian to receive the funds as ordered herein within 24 hours of entry of this Order, he may file an affidavit of non-payment with the court, and the above case shall be dismissed without further notice or hearing.

```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MICHIGAN                    Exhibit 2
In Re:

MARRACCI TEMPLE NO. 13                    Case No. 11-62744-wsd
OF DETROIT, MI, A Sub of                  Chapter 11
the Imperial Counsel,                     Hon. Walter Shapero
Ancient Egyptian Arabic Order
EIN 23-7537451
3101 McDougal
Detroit, MI 48207
_____Debtor_/
```

NOTICE OF MOTION FOR RECOVERY OF COSTS AND EXPENSES
INCURRED BY CUSTODIAN/BAILIFF KEITH BOWERS
AND FOR DISMISSAL OF CHAPTER 11 CASE

KEITH BOWERS, by and through his attorney, Thomas J. Budzynski, has filed papers with the court seeking recovery of costs and expenses in the amount of $8,908.35.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to award costs to Keith Bowers, or if you want the court to consider your views on the motion, within 14 days, you or your attorney must:

1.  File with the court a written response or an answer, explaining your position at:

                    United States Bankruptcy Court
                         211 W. Fort St.
                        Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it within 14 days of the date of this Notice. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

Thomas J. Budzynski, 43777 Groesbeck Hwy., Clinton Twp., MI 48036
Office of U.S.Trustee, 211 W. Fort St., #700, Detroit, MI 48226

2.  If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection, and may enter an order granting that relief.

Dated: 9/8/11                       /s/ *Thomas J. Budzynski*
                                    Thomas J. Budzynski PC
                                    Attorney for Keith Bowers
                                    43777 N. Groesbeck Hwy.
                                    Clinton Twp., MI 48036
                                    (586) 463-5253
                                    lawoffice@tjbudzynskipc.com
                                    P26355

* Response or answer must comply with F.R.Civ.P. 8(b),(c) and (e)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

MARRACCI TEMPLE NO. 13                  Case No. 11-62744-wsd
OF DETROIT, MI, A Sub of              Chapter 11
the Imperial Counsel,                   Hon. Walter Shapero
Ancient Egyptian Arabic Order

_____ Debtor /

CERTIFICATE OF SERVICE
MOTION FOR RECOVERY OF COSTS AND EXPENSES
INCURRED BY CUSTODIAN/BAILIFF KEITH BOWERS
AND FOR DISMISSAL OF CHAPTER 11 CASE

    I hereby certify that on September 8, 2011, I electronically filed the foregoing Paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Richard T. White

and I hereby certify that I have mailed by United States Postal Service the Paper(s) to the following non-ECF participants:

Marracci Temple No. 13 of Detroit, MI
Attn: Munir Mohammad
3101 McDougal
Detroit, MI 48207

                                        /s/ Marilyn E. Lewis
                                          Secretary to
                                          Thomas J. Budzynski P26355
                                          Thomas J. Budzynski PC
                                          Attorney for Keith Bowers
                                          43777 N. Groesbeck Hwy.
                                          Clinton Twp., MI 48036
                                          (586) 463-5253
                                          lawoffice@tjbudzynskipc.com
Dated: 9/8/11

| STATE OF MICHIGAN | | CASE NO. | EXHIBIT |
|---|---|---|---|
| U.S. District, JUDICIAL DISTRICT | REQUEST AND ORDER TO | 06-13318 | A |
| E.D. Michigan JUDICIAL CIRCUIT | SEIZE PROPERTY | | |

Court address
231 W. Lafayette Blvd., Detroit, MI 48226                           (313) 234-5115

| Plaintiff name(s) and address(es) | | Defendant name(s) and address(es) |
|---|---|---|
| Eronda Garner c/o Joey S. Niskar (P55480), 30600 Telegraph Rd., Ste. 4290, Bingham Farms, MI, 48025 | v | Marracci Temple, and Grenadier Lounge Res. Agent: Bernard Reese 3101 McDougall Street, Detroit, MI 48207 |

FILED
JUN -6 2011
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

**REQUEST AND VERIFICATION**

1. On **11/07/2008** a judgment was granted in this case upon which the following is now due:

    Amount of judgment $ **87,707.92**    Interest to this date $ **7,605.26**    Postjudgment costs $ **0.00**
    Total $ **95,313.18**    Less credits received $ **0.00**    *Balance due to date $ **95,313.18**

    *Additional statutory interest, officer/sheriff fees, and expenses may be charged in addition to the unpaid balance according to law.

2. The plaintiff requests the court issue an order to seize the property of the following defendant(s):

    Marracci Temple No. 13 of Detroit, Michigan
    Name                                Date of birth (if available)
    Grenadier Lounge
    Name                                Date of birth (if available)

    04/29/2011                          [signature]                          P55480
    Date                                Plaintiff/Attorney signature          Bar no.
    30600 Telegraph Rd., Ste. 4290      Bingham Farms        MI    48025    (248) 499-8995
    Address                             City                 State  Zip     Telephone no.

**ORDER**

**TO ANY SHERIFF, DEPUTY SHERIFF, OR COURT OFFICER - YOU ARE ORDERED TO:**

1. Seize and sell, according to law, any of the personal property (as determined by the officer) of defendant(s) named above in the **Request and Verification** that is not exempt from seizure, as will be sufficient to satisfy the plaintiff's demand, costs, and any statutory fees and expenses. Personal property may include, but is not limited to motor vehicles or money, wherever located.
2. If sufficient personal property of defendant(s) cannot be found within your jurisdiction, seize and sell any of the real property of defendant(s) not exempt from seizure, as will be sufficient to satisfy plaintiff's demand, costs, and any statutory fees and expenses.
3. Collect from the sale of the property enough money to pay all of your statutory fees and statutory expenses.
4. Deposit proceeds of sale with the  ☐ court  ☐ plaintiff    after deducting statutory fees and statutory expenses.
☐ 5. Claim and Delivery Only: Seize the property described in the attached judgment for claim and delivery and deliver to the plaintiff(s); or if the property is not found in the possession of the defendant(s), levy the value of it.
6. You must endorse the month, day, year, and hour that you receive this order, and **that time is the effective date of this order.** You must return this order not less than 20 days, nor more than 90 days, from the effective date. If you have begun to serve this order on or before the return date, you may complete the service and return after the return date.
7. You may not continue collecting on this order after the return date except as indicated in item 6.

6-6-11                                              [signature]
Date                                                Judge   GEORGE CARAM STEEH                Bar no.
                                                            U.S. District Judge

Order to be served by: _____
                        Court officer/Deputy sheriff

**ENDORSEMENT:** I certify that I received this order on _____ at _____
                                                          Date                        Time

                                    _____
                                    Court officer/Deputy sheriff

TO THE DEFENDANT: The person seizing property is required to provide you with a receipt of all money paid by you and an inventory of the property seized.

MC 19 (3/09) **REQUEST AND ORDER TO SEIZE PROPERTY**                    MCL 600.2920, MCL 600.6002, MCR 3.106

**EXHIBIT B**

Approved, SCAO

Original - Court  2nd
1st copy - Officer  3rd

| STATE OF MICHIGAN | REQUEST AND ORDER TO | CASE NO. |
|---|---|---|
| U.S. District JUDICIAL DISTRICT<br>E.D. Mich. Court JUDICIAL CIRCUIT | SEIZE PROPERTY | 06-13318<br>Hon. George Caram Steeh |

**Court address:** 231 W. Lafayette Blvd., Detroit, MI 48226    **Court telephone no.** (313) 234-5175

| Plaintiff name(s) and address(es) | | Defendant name(s) and address(es) |
|---|---|---|
| Eronda Garner c/o Joey S. Niskar (P55480)<br>30600 Telegraph Rd., Ste. 4290, Bingham Farms, MI 48025 | v | Marracci Temple, and Grenadier Lounge<br>Resident Agent: Bernard Reese<br>3101 McDougall Street, Detroit, MI 48207 |

## REQUEST AND VERIFICATION

1. On **11/07/2008** a judgment was granted in this case upon which the following is now due:

Amount of judgment $ **87,707.92**   Interest to this date $ **7,605.26**   Postjudgment costs $ **4,255.00**
Total $ **99,568.18**   Less credits received $ **0.00**   *Balance due to date $ **99,568.18**

*Additional statutory interest, officer/sheriff fees, and expenses may be charged in addition to the unpaid balance according to law.

2. The plaintiff requests the court issue an order to seize the property of the following defendant(s):

**Marracci Temple No. 1 of Detroit, Michigan**
Name — Date of birth (if available)

**Grenadier Lounge**
Name — Date of birth (if available)

**08/23/2011**   Plaintiff/Attorney signature   **P55480**
Date                                           Bar no.

30600 Telegraph Rd., Ste. 4290   Bingham Farms   MI   48025   (248) 499-8995
Address   City   State   Zip   Telephone no.

## ORDER

**TO ANY SHERIFF, DEPUTY SHERIFF, OR COURT OFFICER - YOU ARE ORDERED TO:**

1. Seize and sell, according to law, any of the personal property (as determined by the officer) of defendant(s) named above in the Request and Verification that is not exempt from seizure, as will be sufficient to satisfy the plaintiff's demand, costs, and any statutory fees and expenses. Personal property may include, but is not limited to motor vehicles or money, wherever located.
2. If sufficient personal property of defendant(s) cannot be found within your jurisdiction, seize and sell any of the real property of defendant(s) not exempt from seizure, as will be sufficient to satisfy plaintiff's demand, costs, and any statutory fees and expenses.
3. Collect from the sale of the property enough money to pay all of your statutory fees and statutory expenses.
4. Deposit proceeds of sale with the   ☐ court   ☐ plaintiff   after deducting statutory fees and statutory expenses.
☐ 5. Claim and Delivery Only: Seize the property described in the attached judgment for claim and delivery and deliver to the plaintiff(s); or if the property is not found in the possession of the defendant(s), levy the value of it.
6. You must endorse the month, day, year, and hour that you receive this order, and that time is the effective date of this order. You must return this order not less than 20 days, nor more than 90 days, from the effective date. If you have begun to serve this order on or before the return date, you may complete the service and return after the return date.
7. You may not continue collecting on this order after the return date except as indicated in Item 6.

**8-24-11**   Judge Hon. George Caram Steeh
Date   U.S. District Court Judge   Bar no.

Order to be served by: **KEITH BOWENS**
Court officer/Deputy sheriff

**ENDORSEMENT:** I certify that I received this order on **24 AUG 2011** at **12:30 P.M.**
Date   Time

Court officer/Deputy sheriff   **#72**
**734.552.2493**

**TO THE DEFENDANT:** The person seizing property is required to provide you with a receipt of all money paid by you and an inventory of the property seized.

MC 19 (3/09) REQUEST AND ORDER TO SEIZE PROPERTY   MCL 600.2920, MCL 600.6002, MCR 3.106



# INVOICE

**COURT OFFICER KEITH BOWERS**
*30551 Ford Road*
*Garden City, MI 48135*
*Office: 734.552.2493   Fax: 734.261.4228*
*E-mail: mdco72@yahoo.com*

NO: 2015

June 26, 2011

**BILL TO:**

JOEY S. NISKAR    (P 55480)
NISKAR LAW FIRM, PLLC
P.O. Box 252917
West Bloomfield, MI 48325
Office: 248.499.8995   Fax: 248.750.0820
E-mail: joeynlaw@aol.com

**CASE:**

MARRACCI TEMPLE and GRENADIER LOUNGE
3101 McDougall Street
Detroit, MI 48207

| CASE NO. | DATE RECEIVED | DATE SERVED | TYPE OF COURT DOCUMENT |
|---|---|---|---|
| 2:06-cv-13318-GCS-RSW | 07JUNE2011 | 08JUNE2011 | REQUEST AND ORDER TO SEIZE PROPERTY |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Serving Request And Order To Seize Property | n/a | $36.00 | **$36.00** |
| Court Officer Fee's | 31 | $75.00 An Hour | **$2,325.00** |
| Roundtrip Mileage Fee | n/a | $3.35 | **$3.35** |
| Labor Fee | 38 | $35.00 An Hour | **$1,330.00** |
| Locksmith Bill | n/a | $565.00 | **$565.00** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **TOTAL** | **$4,256.00** |

Please make all checks payable to: <u>**COURT OFFICER KEITH BOWERS**</u>

***THANK YOU FOR BUSINESS!***

# COURT OFFICER KEITH BOWERS

30551 Ford Road
Garden City, MI 48135
Office: 734.552.2493   Fax: 734.261.4228
E-mail: mdco72@yahoo.com

# INVOICE

NO: 2065

August 25, 2011

**BILL TO:**
JOEY S. NISKAR   (P 55480)
NISKAR LAW FIRM, PLLC
P.O. Box 252917
West Bloomfield, MI 48325
Office: 248.499.8995   Fax: 248.750.0820
E-mail: joeynlaw@aol.com

**CASE:**
MARRACCI TEMPLE and GRENADIER LOUNGE
3101 McDougall Street
Detroit, MI 48207

| CASE NO. | DATE RECEIVED | DATE SERVED | TYPE OF COURT DOCUMENT |
|---|---|---|---|
| 2:06-cv-13318-GCS-RSW | 24AUG2011 | 24AUG2011 | REQUEST AND ORDER TO SEIZE PROPERTY |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Serving Request And Order To Seize Property | n/a | $36.00 | $36.00 |
| Court Officer Fee's | 12 | $75.00 An Hour | $900.00 |
| Roundtrip Mileage Fee | n/a | $3.35 | $3.35 |
| Labor Fee | 10 | $35.00 An Hour | $350.00 |
| Locksmith Bill | n/a | $300.00 | PAID |
| Towing Costs (1 Truck & 1 Enclosed Trailer) | 4 | $100.00 An Hour | PAID |
| Towing Costs (3 Guys @$25.00 An Hour Each) | 4 | $75.00 An Hour | PAID |
| Towing Costs (Return Seized Property) | n/a | $225.00 (Discount) | $119.00 |
| | | | |
| | | | |
| | | TOTAL | $1,058.35 |

**NOTE:**
The Locksmith Bill and part of the Tow Bill were paid with money from the sale of the seized property that is on the REPORT OF COLLECTION ACTIVITY UNDER ORDER TO SEIZE PROPERTY MC 83.

Please make all checks payable to: **COURT OFFICER KEITH BOWERS**
**THANK YOU FOR BUSINESS!**

Approved, SCAO   COPY FOR ATTORNEY THOMAS J. BUDZYNSKI

Original - Court
1st copy - Defendant

**EXHIBIT D**

STATE OF MICHIGAN
UNITED STATES JUDICIAL DISTRICT
DISTRICT COURT JUDICIAL CIRCUIT
EASTERN DIVISION - MICHIGAN

REPORT OF COLLECTION ACTIVITY
UNDER ORDER TO SEIZE PROPERTY

CASE 06-13318

HON. GEORGE CARAM STEEH

Court address: 231 West Lafayette Boulevard    Detroit, MI 48226    Court telephone no. (313) 234-5175

Plaintiff's name(s): ERONDA GARNER c/o JOEY S. NISKAR P 55480
v
Defendant's name(s): MARRACCI TEMPLE and GRENADIER LOUNGE

TO THE OFFICER SEIZING PROPERTY: This report must be filed with the court within 14 days after the return date or the judgment is satisfied, whichever occurs first. If seized property remains to be sold after the return date, activity on sale of the property may continue and an updated report must be filed with the court within 14 days of the sale of the property.

07 OF 08

### CERTIFICATE OF SERVICE OF ORDER TO SEIZE PROPERTY

I certify that I received and endorsed the order to seize property on 08/24/2011 at 12:30 P.M., and that on 08/28/2011 /2:55 P.M. I served a copy of the order to seize property as specified below:
☑ personal service on MARRACI TEMPLE and GRENADIER LOUNGE, the defendant/defendant's agent.
☐ posting or leaving it at the following conspicuous place N/A

### REPORT OF COLLECTION ACTIVITY

☑ 1. The order to seize property was satisfied (NOT) ☐ in full, ☐ in part, and the seized property disposed of according to law.
☑ a. The total amount collected to date is $ 1,106.00. Details are provided below.
    $ 116.77 Statutory fees (this is a calculated field)
        Service fee .................. $ 36.00       7% of first $5,000 ..... $ 77.42
        Roundtrip mileage fee ...... $ 3.35          3% thereafter .......... $ 0
    $ 2,475.00 Statutory expenses for taking, keeping, and selling (this is a calculated field)
        Appraisal fees ............... $ 0           Locksmith costs ....... $ 300.00
        Towing costs ................ $ 925.00       Inspection costs ...... $ 0
        Storage costs ............... $ 0            Sale costs ............... $ 0
        Man hours/Labor costs (if more than two individuals, attach separate sheet)
        ( 12 hours X $ 75.00 per hour); ( 10 hours X $ 35.00 per hour) .. $ 1,250.00
        specify the activities the person(s) performed and the hours associated with those activities:
        SERVING WRIT/SEIZING PROPERTY/PAPERWORK/SELLING SAME PROPERTY/
        PAPERWORK/RETURNAL OF SEIZED PROPERTY/PAPERWORK/OPENING BAR BACK UP
        Other (specify type) N/A        $ 0
    $ 0 Judgment amount paid to plaintiff: check/money order no. N/A    Date: N/A
☐ b. Activity on property seized before the return date will continue after the return date.
☐ 2. Real property was levied on _____.
☐ 3. The order to seize property was not satisfied for the following reasons:
    ☐ a. Defendant's address is incorrect and I am unable to locate a new one.
    ☐ b. Defendant states he/she filed bankruptcy on _____, case number _____ (if known).
    ☐ c. After diligent search, I am unable to locate any personal property of the defendant's that exceeds the statutory exemption.
    ☐ d. Other: _____

I am authorized to seize this property under MCR 3.106, and I certify that the above statements are true and accurate. On this date, I provided copies of this report to the plaintiff or plaintiff's attorney. PROPERTY WAS SOLD ON 24 AUG 2011 4:30 P.M. - 7:30 P.M. NOTIFIED PRIOR BANKRUPTCY ON 25 AUG 2011 AT 5:51 A.M. FROM JOEY S. NISKAR

Attach additional sheets if necessary.    **INVENTORY OF PROPERTY SOLD**

| Quantity | Amount/Value | Item/Description/Model | Type/V.I.N./Serial Number |
|---|---|---|---|
| 01 | $15.00 | MUSICA-DVR 400 MA MALE DIGITAL VIDEO RECORDER | 2A400MM0708H140196 |
| A | $59.00 | CASH REMOVED FROM BAR REGISTER | GREEN IN COLOR |

08/24/2011
Date
Signature: Keith Bowers

KEITH BOWERS   #72
Name (type or print)
COURT OFFICER
Court officer/Deputy sheriff

(734) 552-2493
Telephone no.

MC 83 (3/08) REPORT OF COLLECTION ACTIVITY UNDER ORDER TO SEIZE PROPERTY   MCL 600.6002, MCR 3.106

Approved, SCAO  *Copy for Attorney Thomas J Budzynski*

| | Original - Court | 2nd copy - Officer |
|---|---|---|
| | 1st copy - Defendant | 3rd copy - Plaintiff |

| STATE OF MICHIGAN<br>*United States* JUDICIAL DISTRICT<br>*District Court* JUDICIAL CIRCUIT<br>*Eastern Division - Michigan*<br>Court address<br>231 West Lafayette Boulevard | REPORT OF COLLECTION ACTIVITY<br>UNDER ORDER TO SEIZE PROPERTY<br><br>Detroit, MI 48226 | CASE NO.<br>06-13318<br>*Hon. George Caram Steeh*<br>Court telephone no.<br>(313) 234-5175 |

| Plaintiff's name(s)<br>ERONDA GARNER c/o JOEY S. NISKAR P 55480 | v | Defendant's name(s)<br>MARRACCI TEMPLE and GRENADIER LOUNGE |

TO THE OFFICER SEIZING PROPERTY: This report must be filed with the court within 14 days after the return date or the judgment is satisfied, whichever occurs first. If seized property remains to be sold after the return date, activity on sale of the property may continue and an updated report must be filed with the court within 14 days of the sale of the property.

*08 of 08*

### CERTIFICATE OF SERVICE OF ORDER TO SEIZE PROPERTY

I certify that I received and endorsed the order to seize property on 08/24/2011 at 12:30 P.M., and that on 08/28/2011 /*2:55 P.M.* I served a copy of the order to seize property as specified below:
- [✓] personal service on MARRACI TEMPLE and GRENADIER LOUNGE, the defendant/defendant's agent.
- [ ] ~~posting or leaving it at the following conspicuous place~~ N/A

### REPORT OF COLLECTION ACTIVITY

[✓] 1. The order to seize property was satisfied *(not)* [ ] ~~in full~~, [ ] ~~in part~~, and the seized property disposed of according to law.
[✓] a. The total amount collected to date is $ *1,106.00*. Details are provided below. *this is a calculated field*

$ *116.77* Statutory fees *this is a calculated field*
- Service fee ......... $ *36.00*  | 7% of first $5,000 ..... $ *77.42*
- Roundtrip mileage fee ...... $ *3.35* | 3% thereafter ........... $ *0*

$ *2,475.00* Statutory expenses for taking, keeping, and selling *this is a calculated field*
- Appraisal fees ............ $ *0* | Locksmith costs ....... $ *300.00*
- Towing costs ............... $ *925.00* | Inspection costs ....... $ *0*
- Storage costs ............... $ *0* | Sale costs ................ $ *0*
- Man hours/Labor costs (if more than two individuals, attach separate sheet)
  ( *12* hours X $ *75.00* per hour); ( *10* hours X $ *35.00* per hour) .. $ *1,250.00*
  specify the activities the person(s) performed and the hours associated with those activities:
  *Serving writ / seizing property / paperwork / selling some property / paperwork / returning of seized property / paperwork / opening bar back up*
- Other (specify type) N/A  $ *0*

$ *0* Judgment amount paid to plaintiff: check/money order no. N/A Date: *N/A*

[ ] b. Activity on property seized before the return date will continue after the return date.
[ ] 2. Real property was levied on_____.
[ ] 3. The order to seize property was not satisfied for the following reasons:
  [ ] a. Defendant's address is incorrect and I am unable to locate a new one.
  [ ] b. Defendant states he/she filed bankruptcy on _____, case number _____ (if known).
  [ ] c. After diligent search, I am unable to locate any personal property of the defendant's that exceeds the statutory exemption.
  [ ] d. Other: _____

I am authorized to seize this property under MCR 3.106, and I certify that the above statements are true and accurate. On this date, I provided copies of this report to the plaintiff or plaintiff's attorney.

*[X] Property was sold on 24 Aug 2011 4:30 p.m. - 7:30 p.m. Notified about auctioning on 25 Aug 2011 at 5:51 a.m. from Joey S. Niskar*

Attach additional sheets if necessary.

### INVENTORY OF PROPERTY SOLD

| Quantity | Amount/Value | Item/Description/Model | Type/V.I.N./Serial Number |
|---|---|---|---|
| *13* | *$17.00* | *Cash removed from brown box in kitchen* | *Green in color* |
| | | | |
| | | | |

| 08/24/2011 | KEITH BOWERS #72 |
|---|---|
| Date | Name (type or print) |
| *Keith Bowers* | COURT OFFICER  (734) 552-2493 |
| Signature | Court officer/Deputy sheriff  Telephone no. |

MC 83 (3/08) REPORT OF COLLECTION ACTIVITY UNDER ORDER TO SEIZE PROPERTY      MCL 600.6002, MCR 3.106

Approved, SCAO  COPY FOR ATTORNEY THOMAS J. BUDZYNSKI

Original - Court    2nd copy - Officer
1st copy - Defendant    3rd copy - Plaintiff

| STATE OF MICHIGAN UNITED STATES JUDICIAL DISTRICT DISTRICT COURT JUDICIAL CIRCUIT EASTERN DIVISION - MICHIGAN | REPORT OF COLLECTION ACTIVITY UNDER ORDER TO SEIZE PROPERTY | CASE NO. 06-13318 HON. GEORGE CARAM STEEH |
|---|---|---|

Court address: 231 West Lafayette Boulevard         Detroit, MI 48226         Court telephone no. (313) 234-5175

Plaintiff's name(s): ERONDA GARNER c/o JOEY S. NISKAR P 55480    v    Defendant's name(s): MARRACCI TEMPLE and GRENADIER LOUNGE

TO THE OFFICER SEIZING PROPERTY: This report must be filed with the court within 14 days after the return date or the judgment is satisfied, whichever occurs first. If seized property remains to be sold after the return date, activity on sale of the property may continue and an updated report must be filed with the court within 14 days of the sale of the property.

01 OF 08

### CERTIFICATE OF SERVICE OF ORDER TO SEIZE PROPERTY

I certify that I received and endorsed the order to seize property on 08/24/2011 at 12:30 P.M., and that on 08/28/2011 /2:55 P.M. I served a copy of the order to seize property as specified below:
[✓] personal service on MARRACI TEMPLE and GRENADIER LOUNGE, the defendant/defendant's agent.
[ ] ~~posting or leaving it at the following conspicuous place~~ N/A

### REPORT OF COLLECTION ACTIVITY

[✓] 1. The order to seize property was satisfied (NOT) [ ] in full, [ ] in part, and the seized property disposed of according to law.
[✓] a. The total amount collected to date is $ 1,106.00 (this is a calculated field). Details are provided below.

$ 116.77 Statutory fees (this is a calculated field)
- Service fee ......... $ 36.00
- Roundtrip mileage fee ...... $ 3.35
- 7% of first $5,000 ..... $ 77.42
- 3% thereafter .......... $ 0

$ 2,475.00 Statutory expenses for taking, keeping, and selling (this is a calculated field)
- Appraisal fees ............ $ 0
- Towing costs ............. $ 925.00
- Storage costs ............. $ 0
- Locksmith costs ....... $ 300.00
- Inspection costs ....... $ 0
- Sale costs .............. $ 0

Man hours/Labor costs (if more than two individuals, attach separate sheet)
( 12 hours X $ 75.00 per hour); ( 10 hours X $ 35.00 per hour) .. $ 1,250.00
specify the activities the person(s) performed and the hours associated with those activities:
SERVING WRIT / SEIZING PROPERTY / PAPERWORK / SELLING SOME PROPERTY / PAPERWORK / RETURNING OF SEIZED PROPERTY / PAPERWORK / OPENING BAR BACK UP

Other (specify type) N/A                $ 0
$ 0 Judgment amount paid to plaintiff: check/money order no. N/A  Date: N/A

[ ] b. Activity on property seized before the return date will continue after the return date.
[ ] 2. Real property was levied on _____
[ ] 3. The order to seize property was not satisfied for the following reasons:
[ ] a. Defendant's address is incorrect and I am unable to locate a new one.
[ ] b. Defendant states he/she filed bankruptcy on _____, case number _____ (if known).
[ ] c. After diligent search, I am unable to locate any personal property of the defendant's that exceeds the statutory exemption.
[ ] d. Other: _____

I am authorized to seize this property under MCR 3.106, and I certify that the above statements are true and accurate. On this date, I provided copies of this report to the plaintiff or plaintiff's attorney. PROPERTY WAS SOLD ON 24AUG2011 4:30 P.M. - 7:30 P.M. NOTIFIED ATTY BUDZYNSKI ON 25AUG2011 AT 5:51 A.M. FROM JOEY S. NISKAR

Attach additional sheets if necessary.        INVENTORY OF PROPERTY SOLD

| Quantity | Amount/Value | Item/Description/Model | Type/V.I.N./Serial Number |
|---|---|---|---|
| 01 | $10.00 | MOLSON BEER MIRROR | RED & SILVER IN COLOR |
| 01 | $10.00 | CORONA BEER MIRROR | BROWN & SILVER IN COLOR |

08/24/2011                KEITH BOWERS #72
Date                     Name (type or print)
Signature: Keith Bowers    COURT OFFICER             (734) 552-2493
                         Court officer/Deputy sheriff    Telephone no.

MC 83 (3/08) REPORT OF COLLECTION ACTIVITY UNDER ORDER TO SEIZE PROPERTY    MCL 600.6002, MCR 3.106

| Approved, SCAO | COPY FOR ATTORNEY THOMAS J. BUDZYNSKI | | Original - Court  2nd copy - Officer<br>1st copy - Defendant  3rd copy - Plaintiff |
|---|---|---|---|
| STATE OF MICHIGAN<br>UNITED STATES JUDICIAL DISTRICT<br>DISTRICT COURT JUDICIAL CIRCUIT<br>EASTERN DIVISION - MICHIGAN | REPORT OF COLLECTION ACTIVITY<br>UNDER ORDER TO SEIZE PROPERTY | | CASE NO.<br>06-13318<br>HON. GEORGE CARAM STEEH |

Court address: 231 West Lafayette Boulevard  Detroit, MI 48226  Court telephone no. (313) 234-5175

| Plaintiff's name(s) | | Defendant's name(s) |
|---|---|---|
| ERONDA GARNER c/o JOEY S. NISKAR  P 55480 | v | MARRACCI TEMPLE and GRENADIER LOUNGE |

TO THE OFFICER SEIZING PROPERTY: This report must be filed with the court within 14 days after the return date or the judgment is satisfied, whichever occurs first. If seized property remains to be sold after the return date, activity on sale of the property may continue and an updated report must be filed with the court within 14 days of the sale of the property.

**CERTIFICATE OF SERVICE OF ORDER TO SEIZE PROPERTY**  02 OF 08

I certify that I received and endorsed the order to seize property on 08/24/2011 at 12:30 P.M., and that on 08/28/2011 /2:55 P.M. I served a copy of the order to seize property as specified below:
- [✓] personal service on MARRACI TEMPLE and GRENADIER LOUNGE, the defendant/defendant's agent.
- [~~posting or leaving it at the following conspicuous place~~] N/A

**REPORT OF COLLECTION ACTIVITY**

[✓] 1. The order to seize property was satisfied (NOT) ~~in full~~, ~~in part~~, and the seized property disposed of according to law.
[✓] a. The total amount collected to date is $ $1,106.00. Details are provided below.

$ 116.77 Statutory fees (this is a calculated field)
- Service fee ........ $ 36.00
- Roundtrip mileage fee ...... $ 3.35
- 7% of first $5,000 ..... $ 77.42
- 3% thereafter ........... $ 0

$ 2,475.00 Statutory expenses for taking, keeping, and selling (this is a calculated field)
- Appraisal fees .......... $ 0
- Towing costs ............ $ 925.00
- Storage costs ........... $ 0
- Locksmith costs ......... $ 300.00
- Inspection costs ........ $ 0
- Sale costs .............. $ 0

Man hours/Labor costs (if more than two individuals, attach separate sheet)
(12 hours X $ 75.00 per hour); (10 hours X $ 35.00 per hour) .. $ 1,250.00
specify the activities the person(s) performed and the hours associated with those activities:
SERVING WRIT / SEIZING PROPERTY / PAPERWORK / SELLING SEIZED PROPERTY / PAPERWORK / RETURNING OF SEIZED PROPERTY / PAPERWORK / OPENING BAR BACK UP

Other (specify type) N/A  $ 0

$ 0 Judgment amount paid to plaintiff: check/money order no. N/A  Date: N/A

- [ ] b. Activity on property seized before the return date will continue after the return date.
- [ ] 2. Real property was levied on _____.
- [ ] 3. The order to seize property was not satisfied for the following reasons:
  - [ ] a. Defendant's address is incorrect and I am unable to locate a new one.
  - [ ] b. Defendant states he/she filed bankruptcy on _____, case number _____ (if known).
  - [ ] c. After diligent search, I am unable to locate any personal property of the defendant's that exceeds the statutory exemption.
  - [ ] d. Other: _____

I am authorized to seize this property under MCR 3.106, and I certify that the above statements are true and accurate. On this date, I provided copies of this report to the plaintiff or plaintiff's attorney. ✗ PROPERTY WAS SOLD ON 24 AUG 2011 4:30 P.M. - 7:30 P.M. NOTIFIED ATTY GARNER ON 25 AUG 2011 AT 5:51 A.M. FROM JOEY S. NISKAR

Attach additional sheets if necessary.

**INVENTORY OF PROPERTY SOLD**

| Quantity | Amount/Value | Item/Description/Model | Type/V.I.N./Serial Number |
|---|---|---|---|
| 01 | $10.00 | MILLER LITE BEER MIRROR | SILVER IN COLOR |
| 01 | $15.00 | ORECK AIR PURIFIER | 1010809 |

08/24/2011  KEITH BOWERS  #72
Date  Name (type or print)
Signature: Keith Bowers  COURT OFFICER  (734) 552-2493
  Court officer/Deputy sheriff  Telephone no.

MC 83 (3/08) REPORT OF COLLECTION ACTIVITY UNDER ORDER TO SEIZE PROPERTY  MCL 600.6002, MCR 3.106

Approved, SCAO  COPY FOR ATTORNEY TITUS J. BUDZYNSKI

Original - Court | 2nd copy - Officer
1st copy - Defendant | 3rd copy - Plaintiff

**STATE OF MICHIGAN**
UNITED STATES JUDICIAL DISTRICT
DISTRICT COURT JUDICIAL CIRCUIT
EASTERN DIVISION - MICHIGAN

REPORT OF COLLECTION ACTIVITY
UNDER ORDER TO SEIZE PROPERTY

CASE NO. 06-13318

HON. GEORGE CARAM STEEH

Court address: 231 West Lafayette Boulevard   Detroit, MI 48226   Court telephone no. (313) 234-5175

Plaintiff's name(s): ERONDA GARNER c/o JOEY S. NISKAR P 55480   v   Defendant's name(s): MARRACCI TEMPLE and GRENADIER LOUNGE

TO THE OFFICER SEIZING PROPERTY: This report must be filed with the court within 14 days after the return date or the judgment is satisfied, whichever occurs first. If seized property remains to be sold after the return date, activity on sale of the property may continue and an updated report must be filed with the court within 14 days of the sale of the property.

**CERTIFICATE OF SERVICE OF ORDER TO SEIZE PROPERTY**   03 OF 08

I certify that I received and endorsed the order to seize property on 08/24/2011 at 12:30 P.M., and that on 08/28/2011 /2:55 P.M. I served a copy of the order to seize property as specified below:
☑ personal service on MARRACI TEMPLE and GRENADIER LOUNGE, the defendant/defendant's agent.
☐ posting or leaving it at the following conspicuous place N/A

**REPORT OF COLLECTION ACTIVITY**

☑ 1. The order to seize property was satisfied (NOT) ☐ in full, ☐ in part, and the seized property disposed of according to law.
☑ a. The total amount collected to date is $ #1,106.00 (this is a calculated field). Details are provided below.

$116.77 (this is a calculated field) Statutory fees
  Service fee .......... $ 36.00     7% of first $5,000 ..... $ 77.42
  Roundtrip mileage fee ...... $ 3.35     3% thereafter .......... $ 0

$2,475.00 (this is a calculated field) Statutory expenses for taking, keeping, and selling
  Appraisal fees ............ $ 0         Locksmith costs ....... $ 300.00
  Towing costs ............ $ 925.00      Inspection costs ....... $ 0
  Storage costs ............ $ 0          Sale costs ............... $ 0

Man hours/Labor costs (if more than two individuals, attach separate sheet)
( 12 hours X $ 75.00 per hour); ( 10 hours X $ 35.00 per hour) .. $ 1,250.00
specify the activities the person(s) performed and the hours associated with those activities:
SERVING WRIT / SEIZING PROPERTY / PAPERWORK / SELLING SAID PROPERTY / PAPERWORK / REMOVAL OF SEIZED PROPERTY / PAPERWORK / OPENING BAR BACK UP

Other (specify type) N/A     $ 0

$ 0 Judgment amount paid to plaintiff: check/money order no. N/A   Date: N/A
☐ b. Activity on property seized before the return date will continue after the return date.
☐ 2. Real property was levied on _____ .
☐ 3. The order to seize property was not satisfied for the following reasons:
  ☐ a. Defendant's address is incorrect and I am unable to locate a new one.
  ☐ b. Defendant states he/she filed bankruptcy on _____, case number _____ (if known).
  ☐ c. After diligent search, I am unable to locate any personal property of the defendant's that exceeds the statutory exemption.
  ☐ d. Other: _____

I am authorized to seize this property under MCR 3.106, and I certify that the above statements are true and accurate. On this date, I provided copies of this report to the plaintiff or plaintiff's attorney.

* PROPERTY WAS SOLD ON 24 AUG 2011 4:30 P.M. - 7:30 P.M. NOTIFIED PLTFF ATTORNEY ON 25 AUG 2011 AT 5:51 A.M. FROM JOEY S. NISKAR

Attach additional sheets if necessary.

**INVENTORY OF PROPERTY SOLD**

| Quantity | Amount/Value | Item/Description/Model | Type/V.I.N./Serial Number |
|---|---|---|---|
| 01 | $25.00 | NOSTALGIA BLENDER MODEL- HSP 590 | 3103200 |
| 01 | $15.00 | MICRO LED SIGN MODEL- 2136-1 | 98043603 |

08/24/2011
Date
Signature: Keith Bowers

KEITH BOWERS  #72
Name (type or print)
COURT OFFICER
Court officer/Deputy sheriff
(734) 552-2493
Telephone no.

MC 83 (3/08) REPORT OF COLLECTION ACTIVITY UNDER ORDER TO SEIZE PROPERTY   MCL 600.6002, MCR 3.106

| | | | |
|---|---|---|---|
| Approved, SCAO COPY FOR ATTORNEY THAD J. BUDZYNSKI | | Original - Court  2nd copy - Officer<br>1st copy - Defendant  3rd copy - Plaintiff | |
| STATE OF MICHIGAN<br>UNITED STATES JUDICIAL DISTRICT<br>DISTRICT COURT JUDICIAL CIRCUIT<br>EASTERN DIVISION - MICHIGAN | REPORT OF COLLECTION ACTIVITY<br>UNDER ORDER TO SEIZE PROPERTY | CASE NO.<br>06-13318<br>HON. GEORGE CARAM STEEH | |
| Court address<br>231 West Lafayette Boulevard | | Detroit, MI 48226 | Court telephone no.<br>(313) 234-5175 |
| Plaintiff's name(s)<br>ERONDA GARNER c/o JOEY S. NISKAR P 55480 | v | Defendant's name(s)<br>MARRACCI TEMPLE and GRENADIER LOUNGE | |

TO THE OFFICER SEIZING PROPERTY: This report must be filed with the court within 14 days after the return date or the judgment is satisfied, whichever occurs first. If seized property remains to be sold after the return date, activity on sale of the property may continue and an updated report must be filed with the court within 14 days of the sale of the property.

**CERTIFICATE OF SERVICE OF ORDER TO SEIZE PROPERTY**   04 OF 08

I certify that I received and endorsed the order to seize property on 08/24/2011 at 12:30 P.M.,
and that on 08/28/2011 /2:55 P.M. I served a copy of the order to seize property as specified below:
☑ personal service on MARRACI TEMPLE and GRENADIER LOUNGE, the defendant/defendant's agent.
☐ ~~posting or leaving it at the following conspicuous place~~ N/A.

**REPORT OF COLLECTION ACTIVITY**

☑ 1. The order to seize property was satisfied (NOT) ☐ in full, ☐ in part, and the seized property disposed of according to law.
☑ a. The total amount collected to date is $ #1,106.00. Details are provided below.
  $ 116.77 Statutory fees  *this is a calculated field*
  this is a calculated field  Service fee .......... $ 36.00    7% of first $5,000 ..... $ 77.42
  $ 2,475.00  Roundtrip mileage fee ...... $ 3.35   3% thereafter .......... $ 0
  Statutory expenses for taking, keeping, and selling
  this is a calculated field  Appraisal fees .......... $ 0        Locksmith costs ....... $ 300.00
  Towing costs .......... $ 925.00   Inspection costs ....... $ 0
  Storage costs .......... $ 0         Sale costs ............... $ 0
  Man hours/Labor costs (if more than two individuals, attach separate sheet)
  ( 12 hours X $ 75.00 per hour); ( 10 hours X $ 35.00 per hour) .. $ 1,250.00
  specify the activities the person(s) performed and the hours associated with those activities:
  SERVING WRIT/ SEIZING PROPERTY/ PAPERWORK/ SELLING SOME PROPERTY/
  PAPERWORK/ RETURNING OF SEIZED PROPERTY/ PAPERWORK/ OPENING BAR BACK UP
  Other (specify type) N/A                                         $ 0
  $ 0 Judgment amount paid to plaintiff: check/money order no. N/A Date: N/A
☐ b. Activity on property seized before the return date will continue after the return date.
☐ 2. Real property was levied on_____.
☐ 3. The order to seize property was not satisfied for the following reasons:
  ☐ a. Defendant's address is incorrect and I am unable to locate a new one.
  ☐ b. Defendant states he/she filed bankruptcy on_____, case number_____ (if known).
  ☐ c. After diligent search, I am unable to locate any personal property of the defendant's that exceeds the statutory exemption.
  ☐ d. Other:_____

I am authorized to seize this property under MCR 3.106, and I certify that the above statements are true and accurate. On this date, I provided copies of this report to the plaintiff or plaintiff's attorney.   *PROPERTY WAS SOLD ON 24AUG2011 4:30 P.M. - 7:30 P.M. NOTIFIED ATTY GARMINTON ON 25AUG2011 AT 5:51 A.M. FROM JOEY S. NISKAR*

**INVENTORY OF PROPERTY SOLD**

Attach additional sheets if necessary.

| Quantity | Amount/Value | Item/Description/Model | Type/V.I.N./Serial Number |
|---|---|---|---|
| 01 | $325.00 | ROWE AMC COMPACT DISC JUKEBOX | 0238201 |
| 01 | $300.00 | VALLEY DART BOARD | BLACK IN COLOR |

| | |
|---|---|
| 08/24/2011<br>Date<br>*Keith Bowers* (signature)<br>Signature | KEITH BOWERS  #72<br>Name (type or print)<br>COURT OFFICER                                    (734) 552-2493<br>Court officer/Deputy sheriff                        Telephone no. |

MC 83 (3/08) REPORT OF COLLECTION ACTIVITY UNDER ORDER TO SEIZE PROPERTY          MCL 600.6002, MCR 3.106

Approved, SCAO  Copy for Attorney Thomas J. Budzynski

Original - Court     2nd copy - Officer
1st copy - Defendant  3rd copy - Plaintiff

STATE OF MICHIGAN
UNITED STATES JUDICIAL DISTRICT
DISTRICT COURT JUDICIAL CIRCUIT
EASTERN DIVISION - MICHIGAN

REPORT OF COLLECTION ACTIVITY
UNDER ORDER TO SEIZE PROPERTY

CASE NO. 06-13318

HON. GEORGE CARAM STEEH

Court address: 231 West Lafayette Boulevard — Detroit, MI 48226
Court telephone no. (313) 234-5175

Plaintiff's name(s): ERONDA GARNER c/o JOEY S. NISKAR P 55480

v

Defendant's name(s): MARRACCI TEMPLE and GRENADIER LOUNGE

TO THE OFFICER SEIZING PROPERTY: This report must be filed with the court within 14 days after the return date or the judgment is satisfied, whichever occurs first. If seized property remains to be sold after the return date, activity on sale of the property may continue and an updated report must be filed with the court within 14 days of the sale of the property.

### CERTIFICATE OF SERVICE OF ORDER TO SEIZE PROPERTY

05 OF 08

I certify that I received and endorsed the order to seize property on 08/24/2011 at 12:30 P.M., and that on 08/28/2011 /2:55 P.M. I served a copy of the order to seize property as specified below:
- [✓] personal service on MARRACI TEMPLE and GRENADIER LOUNGE, the defendant/defendant's agent.
- [ ] ~~posting or leaving it at the following conspicuous place~~ N/A

### REPORT OF COLLECTION ACTIVITY

- [✓] 1. The order to seize property was satisfied (NOT) ~~in full~~, ~~in part~~, and the seized property disposed of according to law.
  - [✓] a. The total amount collected to date is $ $1,106.00 (this is a calculated field). Details are provided below.

$116.77 (this is a calculated field) Statutory fees
- Service fee ... $ 36.00
- Roundtrip mileage fee ... $ 3.35
- 7% of first $5,000 ... $ 77.42
- 3% thereafter ... $ 0

$2,475.00 (this is a calculated field) Statutory expenses for taking, keeping, and selling
- Appraisal fees ... $ 0
- Towing costs ... $ 925.00
- Storage costs ... $ 0
- Locksmith costs ... $ 300.00
- Inspection costs ... $ 0
- Sale costs ... $ 0

Man hours/Labor costs (if more than two individuals, attach separate sheet)
(12 hours X $75.00 per hour); (10 hours X $35.00 per hour) .. $ 1,250.00
specify the activities the person(s) performed and the hours associated with those activities:
SERVING WRIT / SEIZING PROPERTY / PAPERWORK / SELLING SAME PROPERTY / PAPERWORK / REMOVAL OF SEIZED PROPERTY / PAPERWORK OPENING BAR BACK UP

Other (specify type) N/A  $ 0

$ 0  Judgment amount paid to plaintiff: check/money order no. N/A  Date: N/A

- [ ] b. Activity on property seized before the return date will continue after the return date.
- [ ] 2. Real property was levied on _____.
- [ ] 3. The order to seize property was not satisfied for the following reasons:
  - [ ] a. Defendant's address is incorrect and I am unable to locate a new one.
  - [ ] b. Defendant states he/she filed bankruptcy on _____, case number _____ (if known).
  - [ ] c. After diligent search, I am unable to locate any personal property of the defendant's that exceeds the statutory exemption.
  - [ ] d. Other: _____

I am authorized to seize this property under MCR 3.106, and I certify that the above statements are true and accurate. On this date, I provided copies of this report to the plaintiff or plaintiff's attorney.

PROPERTY WAS SOLD ON 24 AUG 2011 4:30 P.M. - 7:30 P.M. NOTIFIED ATTY BUDZYNSKI ON 25 AUG 2011 AT 5:51 A.M. FROM JOEY S. NISKAR

Attach additional sheets if necessary.

### INVENTORY OF PROPERTY SOLD

| Quantity | Amount/Value | Item/Description/Model | Type/V.I.N./Serial Number |
|---|---|---|---|
| 01 | $75.00 | AIRMASTER FAN  MODEL - CA 30 AP | 250507240 |
| 01 | $50.00 | LARGE FLOOR FAN | E144575 |

08/24/2011
Date

Keith Bowers
Signature

KEITH BOWERS #72
Name (type or print)
COURT OFFICER
Court officer/Deputy sheriff

(734) 552-2493
Telephone no.

MC 83 (3/08) REPORT OF COLLECTION ACTIVITY UNDER ORDER TO SEIZE PROPERTY   MCL 600.6002, MCR 3.106

Approved, SCAO Copy for Attorney Thomas J. Budzynski

Original - Court 2nd copy - Officer
1st copy - Defendant 3rd copy - Plaintiff

STATE OF MICHIGAN
United States JUDICIAL DISTRICT
District Court JUDICIAL CIRCUIT
Eastern Division - Michigan

REPORT OF COLLECTION ACTIVITY
UNDER ORDER TO SEIZE PROPERTY

CASE NO.
06-13318

Hon. George Caram Steeh

Court address
231 West Lafayette Boulevard

Detroit, MI 48226

Court telephone no.
(313) 234-5175

Plaintiff's name(s)
ERONDA GARNER c/o JOEY S. NISKAR P 55480

v

Defendant's name(s)
MARRACCI TEMPLE and GRENADIER LOUNGE

TO THE OFFICER SEIZING PROPERTY: This report must be filed with the court within 14 days after the return date or the judgment is satisfied, whichever occurs first. If seized property remains to be sold after the return date, activity on sale of the property may continue and an updated report must be filed with the court within 14 days of the sale of the property.

**CERTIFICATE OF SERVICE OF ORDER TO SEIZE PROPERTY**    06 of 08

I certify that I received and endorsed the order to seize property on 08/24/2011 at 12:30 P.M., and that on 08/28/2011 /2:55 P.M. I served a copy of the order to seize property as specified below:
☑ personal service on MARRACI TEMPLE and GRENADIER LOUNGE, the defendant/defendant's agent.
☐ posting or leaving it at the following conspicuous place N/A

**REPORT OF COLLECTION ACTIVITY**

☑ 1. The order to seize property was satisfied (not) ☐ in full, ☐ in part, and the seized property disposed of according to law.
☑ a. The total amount collected to date is $ $1,106.00 (this is a calculated field). Details are provided below.

$116.77 (this is a calculated field) Statutory fees
- Service fee ............ $ 36.00
- Roundtrip mileage fee ...... $ 3.35
- 7% of first $5,000 ..... $ 77.42
- 3% thereafter ........... $ 0

$2,475.00 (this is a calculated field) Statutory expenses for taking, keeping, and selling
- Appraisal fees .......... $ 0
- Towing costs ............ $ 925.00
- Storage costs ........... $ 0
- Locksmith costs ....... $ 300.00
- Inspection costs ...... $ 0
- Sale costs ............. $ 0

Man hours/Labor costs (if more than two individuals, attach separate sheet)
( 12 hours X $ 75.00 per hour); ( 10 hours X $ 35.00 per hour) .. $ 1,250.00
specify the activities the person(s) performed and the hours associated with those activities:
SERVING WRIT / SEIZING PROPERTY / PAPERWORK / SELLING SOME PROPERTY / PAPERWORK / RETURNING OF SEIZED PROPERTY / PAPERWORK OPENING BAR BACK UP

Other (specify type) N/A    $ 0

$ 0    Judgment amount paid to plaintiff: check/money order no. N/A    Date: N/A

☐ b. Activity on property seized before the return date will continue after the return date.
☐ 2. Real property was levied on _____.
☐ 3. The order to seize property was not satisfied for the following reasons:
☐ a. Defendant's address is incorrect and I am unable to locate a new one.
☐ b. Defendant states he/she filed bankruptcy on _____, case number _____ (if known).
☐ c. After diligent search, I am unable to locate any personal property of the defendant's that exceeds the statutory exemption.
☐ d. Other: _____

I am authorized to seize this property under MCR 3.106, and I certify that the above statements are true and accurate. On this date, I provided copies of this report to the plaintiff or plaintiff's attorney.

*Property was sold on 24 Aug 2011 4:30 P.M. - 7:30 P.M. Notified Attorney Budzynski on 25 Aug 2011 at 5:51 A.M. from Joey S. Niskar*

Attach additional sheets if necessary.    **INVENTORY OF PROPERTY SOLD**

| Quantity | Amount/Value | Item/Description/Model | Type/V.I.N./Serial Number |
|---|---|---|---|
| Sold as set 02 | $80.00 | Large Wooden Box Floor Speakers | Set Both Black in Color |
| Sold as set 02 | $100.00 | Peavey Floor Speakers Model - 115HC | ① 00-0630044 ② 00-0630046 |

08/24/2011
Date

Keith Bowers (Signature)

KEITH BOWERS #72
Name (type or print)
COURT OFFICER
Court officer/Deputy sheriff

(734) 552-2493
Telephone no.

MC 83 (3/08) REPORT OF COLLECTION ACTIVITY UNDER ORDER TO SEIZE PROPERTY    MCL 600.6002, MCR 3.106